## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HENRY CLAYPOOL, ANDREW D. LEVY, and KELLY BUCKLAND, *Plaintiffs*, v. BALTIMORE ORIOLES LIMITED PARTNERSHIP, BALTIMORE ORIOLES, INC., BALTIMORE ORIOLES PROPERTIES, LLC, and THE MARYLAND STADIUM AUTHORITY, *Defendants*. | * * * * * * * * * | Case No.: |

* * * * * * * * * * * * *

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant, the Maryland Stadium Authority, by its undersigned counsel, gives notice of the removal of this action from the Circuit Court for Baltimore City, Maryland, to the United States District Court for the District of Maryland.

The grounds for removal are as follows:

1. The plaintiffs, Henry Claypool, Andrew D. Levy, and Kelly Buckland, commenced this action against the defendants, Baltimore Orioles Limited Partnership, Baltimore Orioles, Inc., Baltimore Orioles Properties, LLC (collectively, "the Orioles defendants"), and the Maryland Stadium Authority ("the Stadium Authority"), on September 28, 2018, by filing a complaint in the Circuit Court for Baltimore City, Maryland, which was docketed as Case No. 24-C-18-005407. *See* Exhibit A, Complaint as filed.

2. The Circuit Court for Baltimore City issued a summons directed to the Stadium Authority on October 2, 2018, which was then served with a copy of the complaint on the Attorney General on October 9, 2018. *See* Exhibit B, Writ of Summons.

3. In accordance with 28 U.S.C. § 1446(b), this notice of removal is being timely filed on November 1, 2018, within 30 days after the Stadium Authority received notice of the complaint in the State court action.

4. No further proceedings have occurred in the State court action, except for the filing of a line entering the appearance of additional counsel for the plaintiffs and an affidavit of return of service on the defendants. *See* Exhibit C, Entry of Appearance and Affidavit of Service.

5. In accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5(a), the Exhibits to this notice include true and legible copies of all process, pleadings, documents and orders which the Stadium Authority has received.

6. The United States District Court has jurisdiction under 28 U.S.C. §§ 1331 and 1441 because this case involves claims or rights arising under the Constitution and laws of the United States. Specifically, in the complaint seeking injunctive relief and damages, the plaintiffs seek to hold the Stadium Authority and the Orioles defendants liable for alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 – 12213 ("ADA"). *See* Exhibit A, Count I (¶¶ 32-37) and Count II (¶¶ 42-46).

7. The federal District Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over additional tort claims asserted against the Orioles defendants in the

complaint, which are part of the same case or controversy. The additional claims, alleging negligence (*see*, Exhibit A, Count III) and false imprisonment (*see*, Exhibit A, Count IV) by the Orioles defendants, expressly rely upon and incorporate the same factual allegations made to support the plaintiffs' ADA claims. *See* Exhibit A, ¶¶ 12 – 27, 47, and 52.

8. Counsel for the Orioles defendants has consented to this request for removal. *See* Exhibit D, Written Consent of Co-Defendants' Counsel.

9. The Stadium Authority will promptly file a copy of this notice of removal with the Clerk of the Circuit Court for Baltimore City as required by 28 U.S.C. § 1446(d).

    Respectfully submitted,

    BRIAN E. FROSH
    Attorney General of Maryland

    /s/ *Cynthia M. Hahn*
    _____
    CYNTHIA M. HAHN
    Bar No. 02048
    Assistant Attorney General
    Office of the Attorney General
    200 Saint Paul Place, 20th Floor
    Baltimore, Maryland 21202
    (410) 576-6319
    (410) 576-6955 (facsimile)

November 1, 2018    Attorneys for Defendant Maryland Stadium Authority

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2018, a copy of the foregoing notice of removal, with exhibits, was served by first class mail, postage prepaid, on:

Amber Thomson, Esquire
Sheppard Mullin Richter &
Hampton, LLP
2099 Pennsylvania Avenue, NW,
Suite 100
Washington, DC 20006-6801

Daniel Brown, Esquire
Sheppard Mullin Richter &
Hampton, LLP
30 Rockefeller Plaza
New York, NY 10112

Peter G. Angelos, Esquire
Jeffrey J. Utermole, Esquire
100 North Charles Street, 22nd Floor
Baltimore, MD 21201

Kevin D. Docherty, Esquire
Sharon Krevor-Weisbaum, Esquire
Brown, Goldstein & Levy, LLP
120 East Baltimore Street, Suite 1700
Baltimore, MD 21202

/s/ Cynthia M. Hahn
_____
Cynthia M. Hahn