Sharon Krevor-Weisbaum
skw@browngold.com

Kevin D. Docherty
kdocherty@browngold.com

October 17, 2019

**BY CM/ECF**

Hon. Catherine C. Blake
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

OCT 17 2019

UNITED STATES DISTRICT JUDGE

Re: *Claypool, et al. v. Baltimore Orioles Limited Partnership, et al.*
Case No. 18-3393-CCB (D. Md.)

Dear Judge Blake:

We write to request that the Court amend the Settlement Order (Local Rule 111) entered on September 20, 2019, to allow the parties to move to reopen the action if the parties' settlement is not consummated on, or before, November 22, 2019.

The additional time is necessary because, while the State approval process is currently underway, it is unlikely to be completed before the November 20, 2019 meeting of the Board of Public Works.

The Court's consideration of this matter is appreciated.

Respectfully,

*S. Krevor-Weisbaum*

Sharon Krevor-Weisbaum
Kevin D. Docherty

KDD/jh

cc:  All Counsel of Record

Approved +
So Ordered.
CCB
USDJ
10-17-19