Sharon Krevor-Weisbaum
skw@browngold.com

Kevin D. Docherty
kdocherty@browngold.com

November 21, 2019

**BY CM/ECF**

Hon. Catherine C. Blake
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

NOV 21 2019

UNITED STATES DISTRICT JUDGE

Re: *Claypool, et al. v. Baltimore Orioles Limited Partnership, et al.*
Case No. 18-3393-CCB (D. Md.)

Dear Judge Blake:

We write to request that the Court amend the Settlement Order (Local Rule 111) entered on September 20, 2019, (and modified on October 17, 2019, ECF No. 25) to allow the parties to move to reopen the action if the parties' settlement is not consummated on, or before, February 20, 2020.

The additional time is necessary in order to allow the parties enough time to finalize their Settlement Agreement and obtain the necessary State approvals.

The Court's consideration of this matter is appreciated.

Respectfully,

Sharon Krevor-Weisbaum
Kevin D. Docherty

KDD/jh

cc: All Counsel of Record

*Approved. Date extended until February 20, 2020.*
*CCB*
*11/21/19*