BROWN GOLDSTEIN LEVY

Sharon Krevor-Weisbaum
skw@browngold.com

Kevin D. Docherty
kdocherty@browngold.com

February 20, 2020

**BY CM/ECF**

Hon. Catherine C. Blake
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

FEB 20 2020

UNITED STATES DISTRICT JUDGE

Re:   *Claypool, et al. v. Baltimore Orioles Limited Partnership, et al.*
      Case No. 18-3393-CCB (D. Md.)

Dear Judge Blake:

We write to request that the Court amend the Settlement Order (Local Rule 111) entered on September 20, 2019, (and modified on October 17, 2019, ECF No. 25, and November 21, 2019, ECF No. 27) to allow the parties to move to reopen the action if the parties' settlement is not consummated on, or before, May 20, 2020.

The parties have finalized their Settlement Agreement. However, the additional time is required to obtain the necessary State approvals.

The Court's consideration of this matter is appreciated.

Respectfully,

Sharon Krevor-Weisbaum
Kevin D. Docherty

KDD/jh

cc:   All Counsel of Record

Approved and so
Ordered.
CCB
USDJ  2/21/20

120 E. Baltimore Street   Suite 1700   Baltimore, MD 21202   T 410.962.1030   F 410.385.0869   www.browngold.com